IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03217-AP

RHONDA R.  TRUJILLO,

      Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Michael W. Seckar
Seckar Law
402 W.12th Street
Pueblo, CO 81003
719-543-8403
seckarlaw@mindspring.com

For Defendant:

John F. Walsh
United States Attorney

J.B. García
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
(303) 844-0815
stephanie.kiley@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:**  November 25, 2013

    **B.**    **Date Complaint  Was Served on U.S. Attorney's Office:** January 15, 2014

    **C.**    **Date Answer and Administrative Record Were Filed:** March 13, 2014

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

## 7.  OTHER MATTERS

This Case was previously before this Court, case 11-cv-1666-JLK.  On March 27, 2012, Judge Kane granted Defendant's motion to remand pursuant to sentence four of 42 U.S.C. § 405(g). The parties have no other matters to bring to the attention of the Court.

## 8.  BRIEFING SCHEDULE

Due to Defendant's counsel's caseload, the parties request a briefing schedule one week outside of the standard time frame.

    **A.**    **Plaintiff's Opening Brief Due:**  May 19, 2014

    **B.**    **Defendant's Response Brief Due:**  June 18, 2014

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**  July 3, 2014

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

**A.**      **Plaintiff's Statement:** Plaintiff does not request oral argument.

**B.**      **Defendant's Statement:** Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

**A.**      **(X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.**      **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.***

DATED this 2nd day of  April, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s/ Michael W. Seckar
Michael W. Seckar
Seckar Law
402 W.12th Street
Pueblo, CO 81003
719-543-8403
seckarlaw@mindspring.com

Attorney for Plaintiff

/s/ Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
Social Security Administration
1961 Stout Street, Ste. 4169
Denver, CO 80294-4003
303-844-0815
stephanie.kiley@ssa.gov

Attorneys for Defendant.

- 3 -