IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-03217-MJW

RHONDA R. TRUJILLO,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

---

**ORDER**

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Commissioner's decision is REMANDED to the Commissioner for further proceedings consistent with the September 24, 2015, Order and Judgment of the U.S. Court of Appeals for the Tenth Circuit (Docket No. 31).

Dated this 16th day of November, 2015.

BY THE COURT:

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge