IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03217-MJW

RHONDA R. TRUJILLO,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

# ORDER

**Michael J. Watanabe**
**United States Magistrate Judge**

      Plaintiff filed a Motion for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act (Docket No. 34) on December 21, 2015.  Defendant did not stipulate to the motion.  (Docket No. 34 ¶ 5.)  Pursuant to D.C.COLO.LCivR 7.1(d), Defendant's response was due January 11, 2016; pursuant to Fed. R. Civ. P. 6(d), that response would have been deemed timely if filed by January 14, 2016.  It is now January 20, 2016, and no response has been received.  Accordingly, the motion is confessed.  The Court hereby GRANTS the Motion (Docket No. 34) and ORDERS:

- Defendant shall pay $10,693.44 of attorney fees to Plaintiff pursuant to the EAJA.

- If, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney.

- However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated:    January 20, 2016        */s/ Michael J. Watanabe*
           Denver, Colorado        Michael J. Watanabe
                                               United States Magistrate Judge